# MEMORANDUM DECISIONS.

ABELE, Respondent, v. JANES, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Anne Abele against William Janes. . No opinion. Judgment and order affirmed, with costs.

ABRAMS, Respondent, v. BEDELL, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Oscar Abrams against Harry R. Bedell, individually and as executor, etc., of Daniel E. Bedell, . deceased. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

In re ACRITELLI. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Peter P. Acritelli, as executor, etc. No opinion. Motion granted. Settle order on notice.

ADELSKY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1910.) Action by Rosie Adelsky against the City of New York. H. O. Smyth, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

A. D. GRANGER CO., Respondent, v. BROWN-KETCHAM IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by the A. D. Granger Company against the Brown-Ketcham Iron Works. N. B. Beecher, for appellant. W. J. Martin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ADLER, Appellant, v. WEIS & FISHER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Simon L. Adler, as trustee in bankruptcy of the Rochester Sanatarium & Bath Company, against the Weis & Fisher Company. No opinion. Order (119 N. Y. Supp. 634) affirmed, with costs.

ADRIANCE, PLATT & CO., Appellant, v. BATES, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Adriance, Platt & Co. against Eben H. Bates. No opinion. Judgment and order affirmed, with costs. See, also, 121 N. Y. Supp. 1124.

ÆTNA INDEMITY CO. v. LA FRANCE COPPER CO. (two cases). (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by the Ætna Indemnity Company against the La France Copper Company. No opinion. Motion to open default denied, with $10 costs. Order filed.

ÆTNA INDEMNITY CO. v. LA FRANCE COPPER CO. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by the Ætna Indemnity Company against the La France Copper Company. · No opinion. Motion granted, and judgment directed for plaintiff on verdict. Memorandum per curiam. Settle order on notice.

A'HEARN, Appellant, v. WATSON et al., Respondents. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by Thomas A'Hearn against Henrietta H. Watson and another. A. Furber, for appellant. R. S. Ransom, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

AKIN, Appellant, v. DEWITT et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Almira Akin against Albert M. Dewitt and another, as executors, etc., impleaded with another.· No· opinion. Judgment and order unanimously affirmed, with costs.

In re ALBERS REALTY CO. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of the Albers Realty Company. No opinion. On motion to dismiss appeal unless appellant comply with terms stated in order. Order filed.

ALLEN v. GRAY. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by G. Edgar Allen against William G. Gray. No opinion. Motion granted, and case ordered on calendar for May 31st.

ANDERSON, Appellant, v. YOUNG, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Peter Anderson against Henry G. Young. No opinion. Judgment of the Municipal Court affirmed, with costs.

ANDREWS, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by George Andrews against the Crosstown Street Railway Company of Buffalo. PER CURIAM. Judgment and order affirmed, with costs. SPRING, J., not sitting.